IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACIA TATUM,

    Plaintiff,                                           No. CIV S-06-1440 DFL EFB

    vs.

TERESA SCHWARTZ, et al.,

    Defendants.                                       <u>ORDER</u>

_____/

        This case was before the undersigned on July 25, 2007, for hearing on defendant's motion to compel complete answers to various interrogatories and requests for production of documents. At the hearing, the court indicated that it would consider plaintiff's motion for a protective order concerning certain documents in issue. Plaintiff has filed a request seeking additional time in her efforts to work with defense counsel to produce a mutually agreeable proposed stipulated protective order governing use of these purportedly sensitive documents. Plaintiff's request is granted. Plaintiff shall have an additional seven days from the date of service of this order to submit a proposed stipulated protective order for the court's approval. If her efforts in this regard prove unsuccessful, she may file a motion for protective order that same day.

        SO ORDERED.

DATED: July 26, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE