1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JACOB A. APPELSMITH
   Senior Assistant Attorney General
3  DAVID J. NEILL
   Supervising Deputy Attorney General
4  DAVID I. BASS, State Bar No. 161556
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone:  (916) 322-5586
7   Fax:  (916) 324-5567
    Email:  David.Bass@doj.ca.gov
8
9  Attorneys for Defendants
10
11               IN THE UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| **STACIA TATUM ,**<br><br>                            Plaintiff,<br><br>    v.<br><br>**TERESA SCHWARTZ, JONATHAN ZEH, and LANCE JENSEN, in their individual capacities,**<br><br>                            Defendants. | 2:06-CV-01440-DFL-EFB<br><br>**DEFENDANTS' STIPULATED PROTECTIVE ORDER RE MEDICAL RECORDS**<br><br>Hearing: August 29, 2007<br><br>Time:    10:00 a.m.<br><br>Dept:    25, 8th floor<br><br>Judge:   The Honorable Edmund F. Brennan |

22      In order to protect the confidentiality of any records from any health care provider

23  ("Medical Records") obtained by the parties in connection with the above-referenced case,

24  *Tatum v. Schwartz, et al.*, 2:06-CV-01440-RRB-EFB ("the Action"), the parties agree and the

25  Court orders as follows:

26      1. All Medical Records obtained by the parties, whether produced by the parties or

27  obtained from third parties, shall remain limited to use in the Action.

28      2. When the Action is over, any witness provided Medical Records for use in the Action

1  shall return these Medical Records to the party's attorney of record that provided the witness

2  these records.   For purposes of this Protective Order, the Action is over when all potential

3  appeals are final or when a final, complete settlement agreement is executed.

4     3. The parties and their counsel agree not to disseminate any Medical Records obtained for

5  purposes of the Action to anyone unrelated to the Action.

6  DATED: September 4, 2007

7                  Respectfully submitted,

8                  OFFICE OF THE ATTORNEY GENERAL

9                  */s/ David I. Bass*

10                  DAVID I. BASS
                Deputy Attorney General

11                  Attorneys for Defendants

12

13                  PRICE AND ASSOCIATES

14  DATED: September 5, 2007      /s/ Shannon Seibert

15                  SHANNON M. SIEBERT Attorney for
                Plaintiff, STACIA TATUM

16

17  **IT IS APPROVED AND SO ORDERED:**

18  DATED:  September 6, 2007.

19

20

21      EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

22  06cv1440.proto.0906.wpd

23  SA2006102706

24

25

26

27

28

Defs' Proposed Stipulated Protective Order re Medical Records