IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACIA TATUM,

    Plaintiff,                                No. CIV S-06-1440 RRB EFB

vs.

TERESA SCHWARTZ, et al.,            ORDER

    Defendants.
_____/

       This case was before the undersigned on March 5, 2008, for hearing on defendants' motion to reconvene plaintiff's deposition and to compel testimony, and for evidentiary sanctions. Also before the court was plaintiff's motion to compel production of documents concerning the individual defendants' financial condition for purposes of establishing her punitive damages claim.

       As stated on the record during the hearing, defendants' motion to compel and for evidentiary sanctions is denied. Plaintiff's motion to compel is granted. However, defendants' production of financial documents shall be delayed until twenty days following the district judge's disposition of defendants' forthcoming motion for summary judgment.

       SO ORDERED.

DATED: March 24, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE