EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
CHRISTOPHER C. LAMERDIN, State Bar No. 162033
CHRISTINE G. ESPERANZA, State Bar No. 227019
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, California 94612-0550
 Telephone:  (510) 622-2198; (510) 622-2219
Facsimile:   (510) 622-2270

Attorneys for Defendants
Teresa Schwartz, Jonathan Zeh, and Lance Jensen, in their individual capacities

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA TATUM,<br><br>Plaintiff,<br><br>v.<br><br>TERESA SCHWARTZ, JONATHAN ZEH, and LANCE JENSEN, in their individual capacities,<br><br>Defendants. | Case No.: No. 2:06-CV-01440-RRB-PAN<br><br>**STIPULATION TO CONTINUE DATES FOR DISPOSITIVE MOTIONS AND TRIAL DATE**<br><br>DATE: May 21, 2008<br>TIME:  10:00 a.m.<br>DEPT.:  _____<br>TRIAL DATE:  August 9, 2007 |

Based upon plaintiff's counsel's notice of unavailability, the parties have stipulated to a continuance of the deadline for filing dispositive motions and the trial date. The parties proposed dates are as follows:

The parties hereto, through their respective counsel, stipulate to the following sequence and extensions of time for filing of briefs in this case:

Deadline for filing dispositive motions: June 11, 2008

Hearing on dispositive motions: July 9, 2008 at 10:00 a.m.

Pretrial Conference: September 26, 2008  at 2 p.m.

Proposed Trial Date: November 3, 2008 at 8:30 a.m.

- 1

PDF created with pdfFactory trial version www.pdffactory.com

1 | This stipulation is without prejudice to any party seeking further extensions of time under
2 | CRC Rule 15 or for good cause from the Court.

Dated: April 15, 2008          EDMUND G. BROWN JR., Attorney General
                                 of the State of California
                               MIGUEL A. NERI
                               FIEL D. TIGNO
                               Supervising Deputy Attorneys General
                               CHRISTINE G. ESPERANZA
                               Deputy Attorney General

                      By:/s/_____
                               CHRISTOPHER C. LAMERDIN
                               Deputy Attorney General


                               Attorneys for Defendants
                               Teresa Schwartz, Jonathan Zeh, and Lance Jensen, in their individual capacities

Dated:  April 15, 2008         PAMELA Y. PRICE AND ASSOCIATES


                               /s/_____
                               PAMELA Y. PRICE, Esq.
                               Attorneys for Plaintiff Stacia Tatum

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the dates proposed by the parties stipulation are adopted.

Dated: April 16, 2008

/s/ Ralph R. Beistline
The Honorable Ralph R. Beistline,
United State District Judge

- 3

PDF created with pdfFactory trial version www.pdffactory.com